

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

> Defendants' request to adjourn the settlement conference is **GRANTED.** It will now be held on June 27, 2025 at 11:00 AM in Courtroom 228 of 40 Foley Square, New York, New York 10007. The pre-settlement conference will still be held on June 5, 2025 at 11:00 AM. Defendants are to provide their ex-parte letter to the Court by the end of the day. SO ORDERED.
>
> *Jennifer E. Willis*
>
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> June 3, 2025

**BY ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Williams v. New York City Department of Education, et al.
        24-CV-06968-LJL

Dear Magistrate Judge Willis:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants, New York City Department of Education, Raquel Pevey, Dionne Belderes, and Katrina Garcia, in the above-referenced action.

I write, in accordance with Your Honor's Individual Rules and Your Honor's Standing Order for All Cases Referred to Settlement, to respectfully request a two-week adjournment of the settlement conference, currently scheduled for June 11, 2025, at 11:00 a.m. This extension is necessary because the undersigned needs additional time to obtain the necessary authority to engage in settlement negotiations.

I contacted Plaintiff's counsel on June 2, 2025, asking if he would consent to this brief adjournment and he stated: "Our client would like to move forward with the settlement conference as soon as possible. Please advise Judge Willis and let her decide how to handle the situation." Plaintiff, therefore, does not consent to the brief adjournment. However, in light of Defendants' need for additional time to obtain authority, moving forward with the settlement conference would not be productive. Accordingly Defendants respectfully request the Court adjourn the settlement conference to June 25, 2025, or at a date and time thereafter that is convenient for the Court.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Madeleine A. Knutson

Madeleine A. Knutson, Esq.
Assistant Corporation Counsel