

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

> The request is **GRANTED** in part. The current discovery deadlines will be extended by 30 days to accommodate the settlement conference on **June 27, 2025**. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> June 9, 2025

<u>**Via ECF**</u>
Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 425
New York, NY 10007

        Re:    <u>Williams v. New York City Department of Education, et al.</u>
              No.: 24-cv-06968 (LJL)

Dear Magistrate Judge Willis:

       I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants, New York City Department of Education, Raquel Pevey, Dionne Belderes, and Katrina Garcia, in the above-referenced matter.

       I write to respectfully request a stay of discovery, or in the alternative, an amendment of the Case Management Plan, ECF Dkt. 20, to extend the dates therein by sixty (60) days.[1] As discussed at the Pre-Settlement Conference call with the Court, held on June 6, 2025, the parties do not need additional information at this time to productively engage in settlement discussions. Furthermore, the parties have discussed postponing discovery until after the settlement conference scheduled for June 27, 2025, in an effort to focus their efforts on settlement negotiations.

       I thank the Court for its consideration of this request.

                    Respectfully submitted,

                By:   */s/ Madeleine A. Knutson*
                      Madeleine A. Knutson, Esq.
                      Assistant Corporation Counsel

cc:    All Counsel (via ECF)

---

[1] In the parties' communications concerning postponing discovery, the parties did not discuss potential amended discovery dates. However, Plaintiff's counsel agreed generally to holding off on discovery until after the June 27, 2025 settlement conference.