UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTINE WILLIAMS,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, RAQUEL PEVEY, DIONNE
BELDERES, KATERINA GARCIA,

                Defendants.
-----------------------------------------------------------------

**ORDER**
**24-CV-6968 (LJL) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

A conference was held on July 8, 2025. The Parties are directed to contact Courtroom Deputy Christopher Davis via email **by July 31, 2025** at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in **August, September, or October.**

SO ORDERED.

DATED:   New York, New York
              July 8, 2025

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge